*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-12-00286-CV

Tommy **NEWSOM** and Lenore E. Newsom,
Appellants

v.

**ODEON PRESERVATION ASSOCIATION, INC.**,
Appellee

From the 198th Judicial District Court, Mason County, Texas
Trial Court No. 115307
Honorable Rex Emerson, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:  September 19, 2012

DISMISSED

The appellants have filed an unopposed motion to dismiss this appeal.  We grant the

motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM